## SOFTLY V. MONTGOMERY.

*Assumpsit.*

(Decided May 17, 1906.   41 So. Rep. 1038.)

APPEAL from Franklin Circuit Court.
Heard before Hon. E. B. ALMON.
JAMES & WILLIAMS, for appellant.
W. H. KEY, for appellee.
Appeal dismissed
Per curiam.

---

## STATE V. CROCKETT.

*Habeas Corpus.*

(Decided June 30, 1906.   41 So. Rep. 1038.)

APPEAL from Houston Probate Court. ·
Heard before Hon. GEORGE W. LESLIE.
MASSEY WILSON, Attorney General, and E. H. HILL, for State.
No counsel marked for appellee.
Reversed.
Per curiam.

---

## TAGGERT V. THE STATE.

*Crime.*

(Decided May 31, 1906.   41 So. Rep. 1038.)

APPEAL from Jefferson Criminal Court.
Heard before Hon. S. L. WEAVER.
VASSAR ALLEN, for appellant.
MASSEY WILSON, Attorney General, for State.
Appeal dismissed.
Per curiam.